```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
UNITED STATES OF AMERICA,        :
                                 :     No. 96 Cr. 126 (JFK)
     -against-                   :     No. 16 Civ. 4520 (JFK)
                                 :
TYRONE SANTOS,                   :           ORDER
                                 :
               Defendant.        :
-------------------------------- X
```

**JOHN F. KEENAN, United States District Judge:**

On June 3, 2020, the Court directed the Government to file a letter regarding whether the stay of proceedings in this habeas action should remain in effect. On June 16, 2020, the Government informed the Court that the stay should be lifted and a briefing schedule should be set.

Accordingly, within sixty days of the date of this Order, the Government shall file an answer or otherwise respond to Defendant Tyrone Santos's motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255. Santos shall have thirty days from the date on which he is served with the Government's answer to file a response. Absent further order, Santos's motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

The Clerk of Court is respectfully directed to (1) terminate the stay imposed in this case, and (2) mail a copy of this Order to Santos.

**SO ORDERED.**

Dated:   New York, New York
         June 17, 2020

*/s/ John F. Keenan*
John F. Keenan
United States District Judge