UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff             96 **CR.** 126 (JFK)
                                           16 **CIVIL** 4520 (JFK)

  -against-

                                              **JUDGMENT**

TYRONE SANTOS,

                Defendant.
-----------------------------------------------------------X

  It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2021, Defendant Tyrone Santos' motion to vacate, set aside, or correct his sentence is DENIED. The Court declines to issue a certificate of Appealability because Santos has not made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); Krantz v. United States, 224 F.3d 125, 127 (2d Cir. 2000). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Opinion & Order by Santos would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962); and civil case 16-cv-04520 is closed.

**DATED:** New York, New York
            September 29, 2021

                                                **RUBY J. KRAJICK**
                                                     Clerk of Court
                                        **BY:**
                                                       Deputy Clerk